*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Chantelle J. Nelson
    Debtor(s)

Case No: 15−10103−elf

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments Filed by WILLIAM C. MILLER Represented by WILLIAM C. MILLER

    on: 11/1/16

    at: 10:00 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date: 9/23/16

For The Court

Timothy B. McGrath
Clerk of Court

54 − 51
Form 167