United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-10103-elf
Chantelle J. Nelson                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Pamela              Page 1 of 1            Date Rcvd: Sep 23, 2016
                              Form ID: 167              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2016.
db           +Chantelle J. Nelson,    318 N. Felton Street,    Philadelphia, PA 19139-1103
cr           +U.S. Bank Trust National Association, as Trustee o,    323 5th Street,    Eureka, CA 95501-0305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2016 at the address(es) listed below:
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Midwest First Financial Limited Partnership IV
       bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
      ZACHARY   PERLICK    on behalf of Debtor Chantelle J. Nelson Perlick@verizon.net,
       pireland1@verizon.net
                                                                                 TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Chantelle J. Nelson
  Debtor(s)

Case No: 15−10103−elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments Filed by WILLIAM C. MILLER Represented by WILLIAM C. MILLER

on: 11/1/16

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date: 9/23/16

For The Court

Timothy B. McGrath
Clerk of Court

54 − 51
Form 167