# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 15-10103-ELF

CHANTELLE J. NELSON

318 N. FELTON STREET

PHILADELPHIA, PA 19139-

    Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    CHANTELLE J. NELSON

    318 N. FELTON STREET

    PHILADELPHIA, PA 19139-

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                                  /S/ William C. Miller

Date: 2/17/2017                          _____

                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee