United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-10103-elf
Chantelle J. Nelson                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey          Page 1 of 2          Date Rcvd: Oct 04, 2017
                          Form ID: pdf900       Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2017.
```
db         +Chantelle J. Nelson,    318 N. Felton Street,    Philadelphia, PA 19139-1103
cr         +U.S. Bank Trust National Association, as Trustee o,    323 5th Street,    Eureka, CA 95501-0305
13452928   +ACS/Philadelpha PVB,    PO Box 41819,    Philadelphia, PA 19101-1819
13452930  ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: Americredit,     PO Box 183834,    Arlington, TX 76096-3853)
13452931   +Beneficial National Bank,    200 Somerset Corp Blvd,    Bridgewater, NJ 08807-2862
13452933   +City of Philadelphia,    Fire Dept-EMS Division,    PO Box 56317,    Philadelphia, PA 19130-6317
13452935   +ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13452936   +EOS CCA,    700 LOngwater Drive,    Norwell, MA 02061-1624
13452937    HSBC Bank, USA,    PO Box 15524,    Wilmington, DE 19850
13452938   +HSBC Taxpayer Services,    90 Christiana Road,    New Castle, DE 19720-3118
13452939   +Integra Servicing LLC,    801 S. Rampart Blvd.,    Suite 160,    Las Vegas, NV 89145-4898
13452941    Jefferson University Physicians,    Central Business Office,    PO Box 40089,
             Philadelphia, PA 19106-0089
13452942   +Lamont Hanley & Associates,    1138 Elm Street,    Manchester, NH 03101-1531
13452946   +National Title Loans,    2419 Kirkwood Highway,    Wilmington, DE 19805-4906
13485979    Navient Solutions, Inc. On Behalf of,    Educational Credit Management Corp,    P.O. box 16408,
             Saint Paul, MN 55116-0408
13452947   +P.G.W.,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13452948   +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13452953   +Thomas Jefferson University Hospitals,    PO Box 8500-3100,    Philadelphia, PA 19178-0001
13713274   +U.S. Bank Trust National Association,    as Trustee of the Preston Ridge,
             Partners Investments II Trust,    c/o SN Servicing Corporation,    323 5th Street,
             Eureka, CA 95501-0305
13452954    Water Revenue Bureau,    1401 J.F.K. Blvd.,    Philadelphia, PA 19102
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Oct 05 2017 01:27:49     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2017 01:27:23
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 05 2017 01:27:41     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13452929   +E-mail/Text: EBNProcessing@afni.com Oct 05 2017 01:27:36     Afni, Inc.,    P.O. Box 3667,
             Bloomington, IL 61702-3667
13541662    E-mail/Text: bankruptcy@phila.gov Oct 05 2017 01:27:49     City of Philadelphia,
             Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA  19102-1595
13452932    E-mail/Text: bankruptcy@phila.gov Oct 05 2017 01:27:49     City of Philadelphia,
             Law Department, Enforecment Div.,    1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508
13452934   +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 05 2017 01:27:38     Collecto US Management Inc,
             c/o Jefferson Capital Systems, LLC,    PO Box 7999,    Saint Cloud, MN 56302-7999
13452940    E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 05 2017 01:27:38     Jefferson Capital Systems,
             PO Box 7999,    Saint Cloud, MN 56302-9617
13452943   +E-mail/Text: bankruptcydpt@mcmcg.com Oct 05 2017 01:27:31     Midland Credit Mangement,
             8875 Aero Drive,    Suite 2,    San Diego, CA 92123-2255
13452944   +E-mail/Text: mtiemann@mffi.com Oct 05 2017 01:27:31     Midwest First Financial,
             11904 Arbr Street,    Suite 200,    Omaha, NE 68144-5008
13452945   +E-mail/Text: mtiemann@mffi.com Oct 05 2017 01:27:31     Midwest First Financial Limited,
             Partnership IV,    11904 Arbor Street,    Suite 200,    Omaha, NE 68144-5008
13491192   +E-mail/Text: mtiemann@mffi.com Oct 05 2017 01:27:31
             Midwest First Financial Limited Partnership IV,    11904 Arbor Street, Suite 200,
             Omaha, NE 68144-5008
13491490    E-mail/Text: blegal@phfa.org Oct 05 2017 01:27:33     PHFA/HEMAP,    211 NORTH FRONT ST,
             PO BOX 8029,    HARRISBURG, PA 17105
13452950   +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 05 2017 01:29:54
             PYOD, LLC its successors and assigns,    of Capital One,    Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
13452949    E-mail/Text: blegal@phfa.org Oct 05 2017 01:27:33     Pennsylvania Housing Finance Agency,
             211 N. Front Street,    Harrisburg, PA 17101-1406
13452952    E-mail/PDF: pa_dc_claims@navient.com Oct 05 2017 01:29:25     Sallie Mae,    PO Box 9500,
             Wilkes-Barre, PA 18773-9500
                                                                                              TOTAL: 16
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr         US Bank Trust Associaiton, et al

```
District/off: 0313-2           User: Stacey              Page 2 of 2            Date Rcvd: Oct 04, 2017
                               Form ID: pdf900           Total Noticed: 36

13465217*     ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,   Po Box 7999,
                Saint Cloud Mn 56302-9617)
13452951      ##RJM Acquisition, LLC,   575 Underhill Blvd., Suite 224,    Syosset, NY 11791-3416
                                                                                 TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2017 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Midwest First Financial Limited Partnership IV
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Midwest First Financial Limited Partnership IV
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              ZACHARY  PERLICK    on behalf of Debtor Chantelle J. Nelson Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHANTELLE J. NELSON                                    Chapter 13


                    Debtor            Bankruptcy No. 15-10103-ELF


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


**Date: October 4, 2017**_____
                                        Eric L. Frank
                                        ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-


Debtor:
CHANTELLE J. NELSON

318 N. FELTON STREET

PHILADELPHIA, PA 19139-